EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte:<br><br>José A. Fusté Pérez | 2016 TSPR 108<br><br>195 DPR ____ |
| --- | --- |

Número del Caso: TS-3,181

Fecha: 25 de mayo de 2016

Abogado del Peticionario:

  Por Derecho Propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  José A. Fusté Pérez              TS-3,181

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de mayo de 2016.

Examinada la *Solicitud de Readmisión* presentada el 19 de mayo de 2016, se ordena la readmisión del Juez José A. Fusté Pérez al ejercicio de la abogacía, según solicitado, efectivo el 2 de junio de 2016.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                      Juan Ernesto Dávila Rivera
                   Secretario del Tribunal Supremo